United States District Court
for the
Eastern District of New York

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT<br><br>Plaintiff<br><br>v.<br><br>MARLENE SAGER AKA MARLENE CALDWELL<br><br>Defendant(s) | Civil Action No. 19-cv-02229<br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that upon the instant Motion and Affirmation in support of Gross Polowy LLC by Tracy M Fourtner, Esq., Attorneys for Plaintiff dated June 17, 2024 and the exhibits attached thereto. The Plaintiff moves this Court, before the Hon. Gary R. Brown at the United States District Court for the Eastern District of New York located at 100 Federal Plaza, Central Islip, NY 11722, for an order granting the following to the movant:

(a) Order granting a Motion for Discontinuance of Action in the same form as attached hereto;
(b) Granting such other and further relief this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, Plaintiff will serve these motion papers on all Defendants pursuant to Fed. R. Civ. P. 5.

DATED:   June 17, 2024
         Williamsville, New York

Gross Polowy LLC
/s/ Tracy M. Fourtner
Tracy M Fourtner, Esq.
tfourtner@grosspolowy.com
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221
Tel.: (716) 204-1700
Fax.: (716) 204-1702
*Attorneys for Plaintiff U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT*

U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT

vs.

Marlene Sager AKA Marlene Caldwell, et al.

Civil Action No.: 19-cv-02229

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Brian R. Sager, Jr.
92 Davis Street
Locust Valley, NY  11560

Alessandra Sager, Jr.
92 Davis Street
Locust Valley, NY  11560

Christopher Sager
2200 12th Court North, Apt 903
Arlington, VA 22201